IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| NUE CHEER FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:09-cv-1075-MEF |
| ) | |
| THE HEALTHCARE AUTHORITY FOR ) | |
| BAPTIST HEALTH, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On December 14, 2009, the Magistrate Judge filed a Recommendation (Doc. #12) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's motion to add Valerie Beeman and Kenneth Nixon as defendants is DENIED.

DONE this the 4th day of January, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE