IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| NUE CHEER FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:09-cv-1075-MEF |
| ) | |
| THE HEALTHCARE AUTHORITY FOR ) | |
| BAPTIST HEALTH, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On February 16, 2010, the Magistrate Judge filed a Recommendation (Doc. #52) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's motion to add Gregory William Gill as a defendant is DENIED.

This case is referred back to the Magistrate Judge for further proceedings.

DONE this the 10th day of March, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE