IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NUE CHEER FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:09-cv-1075-MEF |
| ) | WO |
| THE HEALTHCARE AUTHORITY FOR ) | |
| BAPTIST HEALTH, *et al.,*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #73) to the Recommendation of the Magistrate Judge filed on July 7, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #72) filed on July 2, 2010 is adopted;

3. The plaintiff's motion to amend her complaint (Doc. #69) is DENIED.

DONE this the 12th day of August, 2010.

                                                                  /s/ Mark E. Fuller
                                              CHIEF UNITED STATES DISTRICT JUDGE